In the Matter of the Application of MAX ARNOWITZ for Admission to the Bar.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.